UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                           CASE NO. 8:11-CR-572-T-17MAP

NIBSON FERNEY MANDINGA
CAMPAZ.

_____/

ORDER

This cause is before the Court on;

Dkt. 229    Motion to Reduce Sentence (Rule 35)

Defendant Nibson Ferney Mandinga Campaz, pro se, requests that the Court grant a Rule 35 reduction of Defendant's sentence.

The Court adopts and incorporates the Court's Order (Dkt. 208), which denied Defendant's Motion for An Order Compelling the Government to File a Rule 35 Motion to Reduce His Sentence.

After consideration, for the reasons explained in the Court's prior Order, the Court denies Defendant's Motion. Accordingly, it is

**ORDERED** that Defendant Nibson Ferney Mandinga Campaz' pro se Motion to Reduce Sentence (Rule 35) (Dkt. 229) is **denied**. The Court has attached a copy of the Court's prior Order. (Dkt. 208). The Clerk of Court **shall provide** a copy of this Order to pro se Defendant by U.S. Mail.

Case No. 8:11-CR-572-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of July, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Nibson Ferney Mandinga Campaz
55671-018
D. Ray James C. F.
P.O. Box 2000
Folkston, GA   31537